IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-383-GCM

| | | |
|---|---|---|
| ALLISON SCOTT, | ) | |
|         Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| THE PRESBYTERIAN HOSPITAL, | ) | |
|         Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on Plaintiff's Motion to Amend the Case Management Plan to extend the discovery deadline 30 days and adjust the dispositive motions deadline accordingly.

The Motion is GRANTED and the schedule for this case is amended as follows:

Discovery shall be completed by May 21, 2012.

The Dispositive Motions deadline is June 18, 2012.

The trial date remains September 10, 2012.

IT IS SO ORDERED.

Signed: April 26, 2012

Graham C. Mullen
United States District Judge