UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-383-GCM

| ALLISON SCOTT, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| NOVANT HEALTH, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion. IT IS HEREBY ORDERED that the trial in this matter is re-scheduled for **December 3, 2012** at 10:00 a.m. in Courtroom #3.

SO ORDERED.

Signed: July 18, 2012

Graham C. Mullen
United States District Judge